**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :   UNSEALING ORDER
                                 :
NEIL CREMIN,                     :   08 Cr. 390
GEORGE ORTIZ,                    :
MILTON SMITH, and                :
IRA SOKOL,                       :
                                 :
            Defendants.          :
                                 :
- - - - - - - - - - - - - - - - x

WHEREAS, the above-captioned indictment was returned on May 6, 2008 and, upon application of the Government, ordered to be filed under seal; and

WHEREAS the Government has requested that the above-captioned indictment be unsealed;

IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 390 be unsealed.

Dated: New York, New York
       May 13, 2008

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

THEODORE H. KATZ
UNITED STATES    MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08