# EDWARD W. HAYES, P.C.
ATTORNEYS-AT-LAW

RAE DOWNES KOSHETZ
  Of Counsel
e-mail: rkoshetz@515law.com

SCOTT H. MASLIN
  Associate
e-mail: smaslin@515Law.com

515 Madison Avenue, 30th Floor
New York, New York 10022
TEL: (212) 644-0303
FAX:(212) 644-4818
e-mail: ehayes@515Law.com

July 24, 2008

The Honorable Barbara S. Jones
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: U.S. v. Neil Cremin (08CR390)

Dear Judge Jones:

We represent Neil Cremin in the above-captioned matter. We are writing to request permission for Mr. Cremin to attend a relative's wedding outside New York State in September.

If permission is granted, Mr. Cremin will drive to New London, New Hampshire on September 12, 2008 and will stay at the Inn at Pleasant Lake in that town until September 14, 2008, when he will drive directly back to his residence in Woodside, Queens.

Thank you in advance for considering this request.

Very truly yours,

[signature]

cc: AUSA Elie Honig
    United States Attorney's Office
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/28/08

Application granted:

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
7/28/08